**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: February 10, 2011**

_____

201015442
swehla

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS

| | | |
|---|---|---|
| IN RE: | : | Case No. 10-51004 |
| | : | |
| **RODERICK JONES** | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | JUDGE PRESTON |
| | : | |

### AGREED ORDER RESOLVING DEBTOR'S MOTION TO AVOID LIEN WITH HSBC MORTGAGE SERVICES

This matter having come before the Court upon the Debtor's Motion To Avoid Lien with HSBC Mortgage Services (hereinafter "Motion") filed herein on January 10, 2011 (Doc. 41); and it appearing to the Court that the parties have agreed to a course of action which will otherwise resolve the Motion To Avoid Lien; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of facts and issues the following Order with respect thereto:

1. On June 30, 2005, Debtor executed a Promissory Note and a Mortgage granted to Creditor as security and collateral for the payment of the debt evidenced by the said Note. Pursuant to the terms of the Note, Debtor agreed to pay Creditor the entire principal balance, including interest and any other charges as allowed under the terms of the Note or Mortgage, on or before July 5, 2020. Creditor currently holds a second mortgage lien on Debtors' real property and principal residence known as 2214 Medina Avenue, Columbus, OH 43211 ("property").

2. The Debtors are seeking to "strip off" the Creditor's secured lien, and to treat the Creditor's claim as a wholly unsecured claim.

3. The parties hereby agree that Creditor's proof of claim, filed as Claim Number 2 in the amount of $19,677.84, will be treated as a general unsecured claim. Creditor shall be permitted to amend its proof of claim to reflect the total, unsecured balance owed on the loan account.

4. Upon successful completion of the Chapter 13 plan and the issuance of the discharge order, Creditor shall release its subject mortgage lien.

5. In the event this bankruptcy is dismissed prior to its completion, or converted to any other case under Title 11 of the United States Code, this Agreed Order shall be void and the Creditor shall retain all rights under the note and mortgage, including its secured mortgage lien status.

6. Debtors' Motion to Avoid Lien with HSBC Mortgage Services is hereby resolved subject to the provisions of this Agreed Order.

**IT IS SO ORDERED**.

Tendered by:

/s/ Nathan L. Swehla
Nathan L. Swehla (#0074663)
LERNER, SAMPSON & ROTHFUSS
Attorneys for Defendant,
HSBC Mortgage Services
120 East Fourth Street, Suite 800
Cincinnati, Ohio 45202
PH: (513) 241-3100 ext. 3248
FX: (513) 354-6850
_bklit@lsrlaw.com

Approved by:

/s/ Erin E. Schrader
Erin E. Schrader, Esq. (#0078078)
Attorney for Debtor
Rauser & Associates
5 E. Long Street
Suite 300
Columbus, OH 43215
PH: (614) 228-4480
estrapp@phiolegalclinic.com

**Copies to:**

DEFAULT LIST

JS & Associates Appraisal Services, LLC
P.O. Box 360713
Columbus, OH 43236-0713
jsandassociates@insight.rr.com

Decision One Mortgage Company, LLC, LTD
Scott P Ciupak
4500 Courthouse Blvd., Suite 400
Stow, OH 44224
bknotice@johndclunk.com

HSBC Mortgage Services, Inc
Scott P Ciupak
4500 Courthouse Blvd., Suite 400
Stow, OH 44224
bknotice@johndclunk.com

Huntington LT
Brian D. Wood
Jump Legal Group
2130 Arlington Ave
Columbus, OH 43221
bwood@jumplegal.com

Ohio Department of Taxation
Arnold S White
1335 Dublin Road Suite 201C
Columbus, OH 43215
awhite@centralohioattorneys.com

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, Fl 33131
claims@recoverycorp.com

Nathan L. Swehla, Esq.
Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, OH 45201-5480

###